IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Barbara Ann Oliver, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 9:13-516-RMG |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of Social Security denying her disability claim. In accord with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 DSC, this matter was referred to a United States Magistrate Judge for pre-trial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on May 6, 2014, recommending that the decision of the Commissioner be reversed and remanded because certain findings of the Administrative Law Judge relating to Plaintiff's mental impairments were not supported by substantial evidence. (Dkt. No. 22). The Commissioner has now advised the Court that she will not file objections to the R & R. (Dkt. No. 24).

The Court has reviewed the R & R in this matter and finds that the R & R accurately sets forth the factual and legal issues present in this matter and properly concludes that the decision of the Commissioner should be reversed and the matter remanded to the agency. The Court hereby adopts the R & R as the order of this Court. Accordingly, the decision of the Commissioner is hereby reversed pursuant to Sentence Four of 42 U.S.C. § 405(g) and remanded to the agency for

further action consistent with this order.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

May 22, 2014
Charleston, South Carolina